WENDY MEDURA KRINCEK, ESQ., Bar No. 6417
DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
Email:	wkrincek@littler.com
	ddickinson@littler.com

SANDRA  KETNER, ESQ., Bar No. 8527
LITTLER MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV  89501.1944
Telephone:	775.348.4888
Fax No.:	775.786.0127
Email:	sketner@littler.com

Attorneys for Defendant
VALLEY HEALTH SYSTEM, LLC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN COOK,<br><br>           Plaintiff,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM, LLC.;<br>AND DOES 1-50, inclusive,<br><br>           Defendant. | Case No. 2:20-cv-00850-JCM-VCF<br><br>**STIPULATION AND ORDER TO ARBITRATE AND STAY PROCEEDINGS** |

Plaintiff STEVEN COOK ("Plaintiff") and Defendant VALLEY HEALTH SYSTEM, LLC ("Defendant"), by and through their respective counsel of record, do hereby stipulate and agree as follows:

WHEREAS, on or about October 18, 2016, Plaintiff entered into an agreement with Defendant to arbitrate all disputes arising out of or relating to Plaintiff's employment or termination of employment ("the Alternative Resolution for Conflicts ("ARC") Agreement");

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

WHEREAS, on or about May 13, 2020, Plaintiff filed a Complaint in the United States District Court, District of Nevada, alleging claims for (1) age discrimination; (2) age discrimination - retaliation; and (3) hostile work environment (hereinafter "the Action").

WHEREAS, the claims alleged in the Action fall within the scope of the ARC Agreement, which both parties agreed to submit to final and binding arbitration;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant and ORDERED, as follows:

1. The Action, in its entirety, shall be submitted to binding arbitration pursuant to the terms of the ARC Agreement;

2. All proceedings in the instant action shall be stayed and this Court shall retain jurisdiction over the action pending the conclusion of the arbitration.

Dated:  June 10, 2020

Respectfully submitted,

*/s/ Theresa M. Santos, Esq.*
DANIEL R. WATKINS, ESQ.
THERESA M. SANTOS, ESQ.
WATKINS & LETOFSKY, LP

Attorneys for Plaintiff
STEVEN COOK

Dated:  June 10, 2020

Respectfully submitted,

*/s/ Sandra Ketner, Esq.*
WENDY M. KRINCEK, ESQ.
SANDRA KETNER, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
VALLEY HEALTH SYSTEM, LLC.

**ORDER**

**IT IS SO ORDERED.**

Dated June 26, 2020.

_____
UNITED STATES DISTRICT JUDGE

4833-9135-0463.1 069080.1169

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800