WENDY M. KRINCEK, ESQ., Bar No. 6417
DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email:            wkrincek@littler.com
                     ddickinson@littler.com

Attorneys for Defendant
VALLEY HEALTH SYSTEM LLC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN COOK,<br><br>             Plaintiff,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM LLC.; AND DOES 1-50, inclusive,<br><br>             Defendant. | Case No. 2:20-cv-00850-JCM-VCF<br><br>**STIPUILATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Defendant VALLEY HEALTH SYSTEM LLC and Plaintiff STEVEN COOK, by and through their counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.[1]

The parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action and that no party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this stipulation.

/ / /

---

[1] The action has been stayed since June 26, 2020 pending arbitration proceedings.  ECF No. 7.  On August 10, 2020, the Court noted that no action had been taken by the parties since the stay and ordered the parties to file a status report.  ECF No. 10.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party to this stipulation shall bear its own costs and fees for the claims dismissed by this stipulation.

Dated: August 21, 2023

Respectfully submitted,                                    Respectfully submitted,

*/s/ Daniel R. Watkins*                                    */s/ Diana G. Dickinson*
DANIEL R. WATKINS, ESQ.                                    WENDY M. KRINCEK, ESQ.
WATKINS & LETOFSKY, LLP                                    DIANA G. DICKINSON, ESQ.
                                                           LITTLER MENDELSON, P.C.
Attorneys for Plaintiff
STEVEN COOK                                                Attorneys for Defendant
                                                           VALLEY HEALTH SYSTEM, LLC

**IT IS SO ORDERED.**

Dated: August 22, 2023.

_____
UNITED STATES DISTRICT JUDGE

4888-0167-8966.1 / 069080-1169

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.